UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Robert T. Geddie                              Docket No. 5:14-MJ-2419-1

Petition for Action on Probation

COMES NOW Eddie J. Smith, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Robert T. Geddie, who, upon an earlier plea of guilty to 21 U.S.C. § 844, Simple Possession of Marijuana, was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on August 5, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is supervised in the Middle District of North Carolina by U.S. Probation Officer Matthew J. Wzorek. Officer Wzorek reports that since being placed on probation, Geddie has tested positive for marijuana on November 17, 2015, and February 5, 2016. As a sanction for this conduct, Officer Wzorek is recommending that the defendant serve one weekend in jail. He is also recommending that the defendant be required to make monthly payments toward his fine at a rate of $100. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 1 weekend, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

2. The $1,000 fine shall be paid in installments at the rate of $100 per month until paid in full, with the first payment due on 30 days after a modification of the court's order and continuing during the entire term of probation or until paid in full.

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
> /s/ Eddie J. Smith
> Eddie J. Smith
> Supervising U.S. Probation Officer
> 310 Dick Street
> Fayetteville, NC 28301-5730
> Phone: 910-354-2537
> Executed On: June 7, 2016

### ORDER OF THE COURT

Considered and ordered this __8th__ day of __June__, 2016 and ordered filed and made a part of the records in the above case.

_Robert T. Numbers II_
Robert T. Numbers, II
U.S. Magistrate Judge